1  Charles R. Messer (SBN 101094)
   messerc@cmtlaw.com
2  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   WINDHAM PROFESSIONALS, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10

11
   BRADRICK LANDRY, on behalf of )   CASE NO. 3:13-CV-01889-GPC-WVG
12 himself and all others similarly )
   situated,                       )
13                                  )   **NOTICE OF SETTLEMENT**
                Plaintiff,          )
14                                  )
          v.                        )
15                                  )
   WINDHAM PROFESSIONALS,           )
16 INC.,                            )
                                    )
17              Defendant.          )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20 ─────────────────────────────────)

21

22      **TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF**

23 **RECORD HEREIN:**

24      **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have

25 agreed to settle the lawsuit in its entirety.  The parties anticipate that they will

26 complete the settlement, and that the parties will file a Joint Motion to Dismiss the

27 individual action of Plaintiff BRADRICK LANDRY, with prejudice, and dismiss

28 without prejudice the class action claims asserted in the lawsuit pursuant to FRCP

{00024910;1}                        1

1  41(a)(1)(A)(ii), within 45 days from the date of this Notice. The parties request

2  that the Court take off calendar all future calendared dates. Each party shall bear

3  their own costs and expenses.

4

5  Dated: November 25, 2014          **LAW OFFICES OF DOUGLAS J. CAMPION, APC**

6

7                                    By: s/Douglas J. Campion
                                         Douglas J. Campion
8                                        Attorneys for Plaintiff,
                                         BRADRICK LANDRY
9

10

11 Dated: November 25, 2014          **LAW OFFICES OF RONALD A. MARRON**

12

13                                   By: s/Ronald Marron
                                         Ronald Marron
14                                       Alexis M. Wood
                                         Kas L. Gallucci
15                                       Attorneys for Plaintiff,
                                         BRADRICK LANDRY
16

17

18 DATED: November 25, 2013          **CARLSON & MESSER LLP**

19

20                                   By:   s/David J. Kaminski
                                           Charles R. Messer
21                                         David J. Kaminski
                                           Attorneys for Defendant,
22                                         WINDHAM PROFESSIONALS,
                                           INC.
23

24

25

26

27

28

{00024910;1}                          2

1

2

## <u>SIGNATURE CERTIFICATION</u>

3

4

5

6

7

8

      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Douglas J. Campion and Ronald Marron, counsel for Plaintiffs, and that I have obtained their authorization to affix their electronic signatures to this document.

9

10 DATED: November 25, 2013       **CARLSON & MESSER LLP**

11

12

13

14

By:   s/David J. Kaminski
         David J. Kaminski
         Attorneys for Defendant,
         WINDHAM PROFESSIONALS,
         INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00024910;1}

3

1

2

## CERTIFICATE OF SERVICE

3      I hereby certify that on this **25th** day of **November**, **2014**, a true and accurate

4 copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court

5 using the ECF system which will send notification of such filing to the following

6 E-mail address(es):

7          Doug@djcampion.com/ron@consumersadvocates.com

8          ron@consumersadvocates.com

9

10

11                                    s/David J. Kaminski
                                       David J. Kaminski

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
CASE NO. 3:13-CV-01889-GPC-WVG