# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADRICK LANDRY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WINDHAM PROFESSIONALS, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 13cv1889-GPC(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Dkt. No. 34.] |

　　The Court has reviewed the Joint Motion of Plaintiff BRADERICK LANDRY and Defendant WINDHAM PROFESSIONALS, INC. Good cause appearing, the Court grants the parties' Joint Motion to Dismiss the entire action. As stipulated by the parties, the action is dismissed with prejudice as to Plaintiff BRADERICK LANDRY, and dismissed without prejudice as to the putative class members, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

　　IT IS SO ORDERED.

DATED: January 16, 2015

　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　United States District Judge